United States Bankruptcy Court
Eastern District of California

In re:  
Evergreen Arborists, Inc.  
    Debtor

Case No. 22-21692-A  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0972-2    User: auto    Page 1 of 2  
Date Rcvd: Jun 05, 2023    Form ID: L51    Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | + Email/Text: nikki@nfarrislaw.com | Jun 06 2023 01:14:00 | Nikki B. Farris, 2607 Forest Ave #120, Chico, CA 95928-4394 |
| tr | Email/Text: wdahl@dahllaw.net | Jun 06 2023 01:14:00 | Walter R. Dahl, 2304 N St, Sacramento, CA 95816-5716 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 07, 2023      Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Chad Carlock | on behalf of Creditor Miles Danforth chad@carlocklaw.com |
| Craig E. Zucker | on behalf of Creditor National Electrical Benefit Fund czucker@maddinhauser.com |
| Craig E. Zucker | on behalf of Creditor National Electrical Annuity Plan czucker@maddinhauser.com |
| Judy M. Lam | on behalf of Creditor Global Rental Co. Inc. jlam@maynardcooper.com |

FORM L51 Final Decree (v.9.14)        22–21692 – A – 7

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**Robert T Matsui United States Courthouse**
**501 I Street, Suite 3–200**
**Sacramento, CA 95814**

(916) 930–4400
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



# FINAL DECREE

**Case Number:** 22–21692 – A – 7

**Debtor Name(s), Social Security Number(s), and Address(es):**

Evergreen Arborists, Inc.

68–0403621
1296 E. Gibson Road, PMB 231
Woodland, CA 95776

**Trustee:**     Nikki B. Farris
2607 Forest Ave #120
Chico, CA 95928

**Telephone Number:**     530–898–1488

**Office of the United States Trustee:**

For cases in the Sacramento Division and Modesto Division:    501 I Street, Room 7–500, Sacramento, CA 95814
For cases in the Fresno Division:    2500 Tulare Street, Suite 1401, Fresno, CA 93721

It appearing to the court that the Trustee in the above–entitled case has completed administration of this estate,

**IT IS ORDERED** that the estate is hereby closed, that the trustee is hereby discharged, and that the trustee's bond is hereby released from further liability, except any liability which may have accrued during the time such bond was in effect for the estate of this case.

Dated:
6/5/23

For the Court,
Wayne Blackwelder , Clerk